167 So. 917

**Frank BEVINS v. STATE.**
**4 Div. 246.**

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Affirmed.

171 So. 922

**Allen BIRCH v. STATE.**
**6 Div. 82.**

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.

167 So. 917

**BIRMINGHAM ELECTRIC CO. v. BOYD CO.**
**6 Div. 880.**

Court of Appeals of Alabama.
March 10, 1936.

Lange, Simpson & Brantley, of Birmingham, for appellant.
Chester Austin, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 914

**BIRMINGHAM GAS CO. v. Katherine H. CORNELIUS et al.**
**6 Div. 793.**

Court of Appeals of Alabama.
Nov. 19, 1935.

Bradley, Baldwin, All & White, of Birmingham, for appellant.
Morris Loveman and A. Leo Oberdorfer, both of Birmingham, for appellees.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

167 So. 917

**John BISHOP v. STATE.**
**8 Div. 307.**

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

165 So. 913

**Sam BLACK v. CITY OF GUNTERSVILLE.**
**8 Div. 171.**

Court of Appeals of Alabama.
Feb. 18, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.
Claud D. Scruggs, of Guntersville, for appellee.

BRICKEN, Presiding Judge.
Affirmed.